UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WELLS FARGO BANK,

    Plaintiff,

v.                                                               Case No. 8:14-cv-378-T-17MAP

TAWNYA SCHIELEIT,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Before the Court is *pro se* Defendant Tawnya Schieleit's motion for extension of time or to stay the case (doc. 8).  Defendant asks for an extension of time until July 1, 2014, to meet with Plaintiff regarding a Rule 26(f) discovery plan or, alternatively, a stay of the case.  Significant health concerns have rendered Defendant unable to comply with the case management requirements of the federal and local rules.

Upon consideration, I recommend:

(1)    Defendant's motion for an extension of time or to stay the case (doc. 20) be GRANTED; and

(2)    The case be administratively closed pending the resolution of Defendant's health issues.

IT IS SO REPORTED at Tampa, Florida on April 1, 2014.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attaching the factual findings on appeal. 28 U.S.C. § 636(b)(1).